## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Terry T. Thomas

  v.          Civil No. 07-cv-385-PB

NH State Prison, Warden

### ORDER GRANTING REQUEST TO
### PROCEED IN FORMA PAUPERIS

  Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

  **SO ORDERED.**

                /s/ James R. Muirhead
                James R. Muirhead
                United States Magistrate Judge

Date: December 6, 2007

cc:  Terry T. Thomas, pro se