**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Terry T. Thomas

    v.                                           Civil No. 07-cv-385-PB

NH State Prison, Warden

**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 6, 2007

cc:    Terry T. Thomas, pro se