UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Terry Thomas</u>

        v.                        Civil No. 07-cv-385-JL

<u>NH State Prison, Warden</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated August 27, 2008.

SO ORDERED.

October 30, 2008

_____
Joseph N. Laplante
United States District Judge

cc:    Terry T. Thomas, Pro se
       Susan P. McGinnis, Esq.